HEAD *v.* CALIFORNIA.

No. 872, Misc.   Decided June 17, 1963.

Petitioner *pro se.*

*Stanley Mosk,* Attorney General of California, *William E. James,* Assistant Attorney General, and *A. Wallace Tashima,* Deputy Attorney General, for respondent.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* is granted but the motion for leave to file petition for writ of certiorari is denied.   Treating the papers submitted as a petition for writ of certiorari, certiorari is granted. The judgment is vacated and the case is remanded for further consideration in light of *Douglas* v. *California,* 372 U. S. 353.

MR. JUSTICE CLARK and MR. JUSTICE HARLAN dissent for the reasons stated in their dissenting opinions in *Douglas* v. *California,* 372 U. S., at 358, 360.